# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

**UNITED STATES OF AMERICA**

**V.**                                                    **CR. NO. H-15-651**

**MARK DUESTERBERG**

## STATEMENT CONCERNING PRESENTENCE REPORT

The defendant, MARK DUESTERBERG, hereby states, pursuant to Local Rule 32.6, Southern District of Texas, and Federal Rule of Criminal Procedure 32, that he has no objection to the Guideline calculations in the presentence report.

                                       Respectfully submitted,

                                       By  s/ Marjorie A. Meyers
                                       MARJORIE A. MEYERS
                                       Federal Public Defender
                                       Southern District of Texas No. 3233
                                       Texas State Bar No. 14003750
                                       Attorney for Defendant
                                       440 Louisiana, Suite 1350
                                       Houston, TX   77002-1669
                                              Telephone:    713.718.4600
                                              Fax:              713.718.4610

**CERTIFICATE OF SERVICE**

I, MARJORIE A. MEYERS, certify that on June 22, 2016, a copy of the foregoing Statement Concerning the Presentence Report was served by notice of electronic filing on Assistant United States Attorney Steven Schammel, 1000 Louisiana, Suite 2300, Houston, Texas 77002, and United States Probation Officer Christopher Hopkins, 515 Rusk, 2nd Floor, Houston, Texas  77002.

   s/ Marjorie A. Meyers
MARJORIE A. MEYERS